# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Trustee of the Sheet Metal Local #10 Control Board Trust Fund

Case No. Civil 02-354 ADM/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Peak Mechanical, Inc., a MN corporation

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. That defendant is in default and Plaintiff are entitled to judgment against defendant for delinquent fringe benefit contribution payments, together with interest, liquidated damages, audit fee, attorney fees, and costs in the amount of $193.00

2. Plaintiff motion for injunctive relief is granted under the terms set for the attached Injunction and Plaintiff are not required to provide security under Federal Rule 65(c).

3. Upon completion of the fringe benefit compliance audit of Defendant's books and records, plaintiff's attorney shall file an affidavit stating the amount of delinquent fringe benefit contributions, interest, liquidate damages and audit fees. Upon the Court's approval of Plaintiff's attorney's affidavit, the Clerk of Court shall enter judgment against Defendant in the amount stated in the affidavit.

DATE: April 16, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk