# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Civil File No. 02-354 (ADM/SRN)

The Trustees of the Sheet Metal Local #10
Control Board Trust Fund,

Plaintiffs,

vs.

**ORDER FOR JUDGMENT**

Peak Mechanical, Inc.,
a Minnesota corporation,

Defendant.

---

That the above entitled matter came on without hearing before the undersigned upon Plaintiffs' Motion for Entry of Judgment by Default against Defendant, consistent with this Court's April 16, 2002, Order.

Based upon the April 16, 2002, Order, the Affidavit of Mitchell W. Converse, and all files, records and proceedings herein, it is hereby ordered:

## ORDER

That the Clerk of Court shall enter Judgment in favor of Plaintiffs and against the Defendant in the amount of $ 84,981.98 .

Dated: May 14, 2002

Ann D. Montgomery
United States District Judge

MAY 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 14 2002
DEPUTY CLERK